IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk | Date: December 7, 2007 |
| Therese Lindblom, Court Reporter | |
| Tom Destito, Probation Officer | |

Criminal Action No. 07–cr–00303–EWN

*Parties:* *Counsel:*

UNITED STATES OF AMERICA, Gregory Holloway

    Plaintiff,

v.

1. RICHARD IRA BOWEN, John Mosby
    a/k/a "Jazz,"
    a/k/a "Big Homie,"

    Defendant.

---

# SENTENCING MINUTES

---

**9:05 a.m.**     Court in session.

**Defendant pled guilty on September 21, 2007, to Count 1 of the Indictment.**

Mitigation statement by Mr. Mosby.

Statement by Defendant.

Statement by Mr. Holloway.

Court's findings.

**ORDERED: 1.**     **No fine is imposed.**

**ORDERED: 2.**     **Defendant is imprisoned for a term of ninety-four months.**

The court recommends FCI Englewood for service of sentence. Court recommends that defendant be considered for participation in the Residential Drug Abuse Program.

**ORDERED: 3.**     **Upon release from imprisonment, defendant shall be placed on supervised release for a period of five years.**

**ORDERED: 4.**     **Within seventy-two hours of his release from the custody of the Bureau of Prisons, defendant will report in person to the probation office in the district in which he is released.**

**ORDERED: 5.**     **Conditions of supervised release are:**

       **a.**     **Defendant is to observe all of the standard conditions of supervised release.**

       **b.**     **Defendant is not to possess any firearm, destructive device or any other dangerous weapon as defined by federal or state statute.**

       **c.**     **Defendant is not to illegally possess or use controlled substances.**

       **d.**     **Defendant is to submit to one drug test within fifteen days of his release and two other periodic tests, as directed by the probation officer.**

       **e.**     **Defendant is not to commit a federal, state, or local crime.**

       **f.**     **Defendant shall cooperate in the collection of DNA as directed by the probation officer.**

       **g.**     **Defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of**

          **alcohol or other intoxicants during the course of treatment. Defendant shall be required to pay the costs of treatment as directed by the probation officer.**

        **h.**    **Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless he is in compliance with all periodic payment obligations imposed pursuant to the court's judgment and sentence.**

**ORDERED: 6.**    **Defendant shall make restitution payments in the total amount of $667.00. It is to be satisfied no later than when the term of supervision expires. It is due and payable during the term of incarceration. Any unpaid balance is to be paid during the term of supervision in either a lump sum or in equal monthly installments, commencing within thirty days of release. The interest requirement is waived.**

**ORDERED: 7.**    **Defendant shall pay a special assessment fee of $100 due immediately.**

**ORDERED: 8.**    **Payments made pursuant to the court's judgment shall be applied in the following order: (i.) special assessment, (ii.) restitution principal.**

**ORDERED: 9.**    **Government's Motion for Downward Departure (#23, filed December 3, 2007) is GRANTED.**

**ORDERED: 10.**    **Government's Motion for Acceptance of Responsibility (#24, filed December 3, 2007) is GRANTED.**

**ORDERED: 11.**    **Plea agreement is accepted.**

Defendant is advised of his right to appeal.

Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:29 a.m.**    Court in recess.

Hearing concluded.

Total time in court:     00:24