**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No.  07-cr-00303-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RICHARD IRA BOWEN,
    a/k/a "Jazz,"
    a/k/a "Big Homie,"

    Defendant.

## ORDER

**Blackburn, J.**

    The matter before me is defendant's pro se **Motion For Reduction of Sentence § 3582(a)** [#32] filed May 7, 2009.  Based on my initial review of the motion, file, and record, I find and concludes as follows: (1) that extant CJA counsel of record for the defendant should represent the defendant; (2) that counsel for the defendant should have a reasonable time to adopt and/or supplement the defendant's pending motion; (3) that the government should file a response to the motion; (4) that a status-setting conference should be set; and (5) that if necessary or advisable, the probation department should file an addendum to the presentence report.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That John Mosby, who is defendant's existing CJA counsel of record, **SHALL REPRESENT** the defendant concerning defendant's **Motion For Reduction of Sentence § 3582(a)** [#32] filed May 7, 2008;

2. That by May 27, 2009, counsel for the defendant **SHALL** either adopt or supplement the motion;

3. That the government **SHALL FILE** it response to the motion within eleven (11) days after counsel for the defendant adopts or supplements the motion; and

4. That on **June 15, 2009**, at 10:00 a.m., the court **SHALL CONDUCT** a telephonic setting conference to set this matter for a status-setting conference; provided, furthermore, that counsel for the government shall arrange, schedule, and coordinate the conference call to facilitate the telephonic setting conference.

Dated May 11, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge