**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00303-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RICHARD IRA BOWEN,

    Defendant.

**ORDER DENYING DEFENDANT'S
MOTION FOR REDUCTION OF SENTENCE § 3582(a)**

**Blackburn, J.**

The matter before me is defendant's **Motion For Reduction of Sentence § 3582(a)** [#32][1] filed May 7, 2009.[2] On June 22, 2009, the government filed a response [#40]. I deny the motion.[3]

After considering the file and record and the arguments of the parties, I find and conclude that I lack jurisdiction under 18 U.S.C. § 3582(a) to grant the relief requested by defendant.[4] Accordingly, his motion must be denied.

---

[1] "[#32]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] Defense counsel adopted and supplemented defendant's motion via counsel's **Notice Adopting Defendant Bowen's Position And Request To File Outside of Time** [#37] filed June 8, 2009.

[3] The issues raised by and inherent to the defendant's motion (as supplemented by his attorney) are briefed sufficiently; thus, obviating the necessity for evidentiary hearing or oral argument.

[4] Similarly, I lack jurisdiction under 18 U.S.C. § 3582(c), because this is not a case where the original term of imprisonment was based on a sentencing range that has been lowered subsequently by the Sentencing Commission pursuant to 28 U.S.C. § 994(o). *See* 18 U.S.C. § 3582(c)(2).

**THEREFORE, IT IS ORDERED** that defendant's **Motion For Reduction of Sentence § 3582(a)** [#32] filed May 7, 2009, is **DENIED**[5];

Dated July 14, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

---

[5] This order also resolves the **Notice Adopting Defendant Bowen's Position And Request To File Outside of Time** [#37] filed June 8, 2009, which has been treated as a motion under CM/ECF.