# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00303-REB

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

1.    **RICHARD IRA BOWEN,**

    **Defendant.**

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby:

ORDERED that the Clerk of the Court issue a writ to the United States Marshal's Service requiring the United States Marshal to produce RICHARD IRA BOWEN, before United States Judge Robert E. Blackburn forthwith for a re-sentencing hearing set for May 27, 2010, at 10:00 a.m., and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

    SO ORDERED May 26, 2010.

                                                 BY THE COURT:

                                                 Robert E. Blackburn
                                                 United States District Judge